UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ATALANI TILI, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY JAIL, LAKEWOOD POLICE DEPARTMENT, and CHILD PROTECTIVE SERVICES, <br><br> Defendants. | CASE NO. C18-5799 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**;

(2)  Plaintiff's complaint fails to state a claim upon which relief can be granted and therefore is deficient; and

(3) Plaintiff shall pay the filing fee and file an amended complaint curing the deficiencies noted in the Report and Recommendation within thirty (30) days of this Order or this matter will be dismissed with prejudice.

Dated this 18th day of December, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge